*Paul L. Bollo*, in support of the petition.

*Peter S. Olson*, in opposition.

Decided March 12, 2004

### STATE OF CONNECTICUT *v.* GARY GREEN

The defendant's petition for certification for appeal from the Appellate Court, 81 Conn. App. 152 (AC 22968), is denied.

*Alice Osedach-Powers*, assistant public defender, in support of the petition.

*Paul J. Narducci*, assistant state's attorney, in opposition.

Decided March 12, 2004

### STATE OF CONNECTICUT *v.* ARTHUR ESPOSITO

The defendant's petition for certification for appeal from the Appellate Court, 81 Conn. App. 189 (AC 23037), is denied.

*Damon A. R. Kirschbaum*, special public defender, in support of the petition.

*Margaret Gaffney Radionovas*, senior assistant state's attorney, in opposition.

Decided March 12, 2004

### GARY K. WALLENTA *v.* MICHAEL L. MOSCOWITZ

The defendant's petition for certification for appeal from the Appellate Court, 81 Conn. App. 213 (AC 23049), is denied.